F I L E D
Clerk
District Court

MAY 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy C.s..)

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED UNDER
THE SENTENCING REFORM ACT OF 1984
UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICTS OF GUAM AND NMI

    I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **February 13, 2004,** as File number **03-3141** is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:   Franklin Cabrera Cepeda             Address:   Saipan, MP 96950
      SSN:   XXX-XX-3950
      DOB:   XX-XX-1977

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands

    Court Number:   CR 02-00021

Amount of Judgment:   $1,852.80

    Place of filing:   NMI

    WITNESS my hand at Hagåtña, Guam, on this, the 25th day of April, 2006.

_____
MARIVIC P. DAVID
Assistant U.S. Attorney